UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| MADISON WARDINGLEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 2:22-CV-115-PPS-JEM ) |
| ECOVYST CATALYST TECHNOLOGIES, LLC, *et al.*, | ) ) ) |
| Defendants. | ) ) |

# ORDER

The Stipulation of Dismissal as to Defendant Coyote Logistics, LLC [DE 71] is **SO ORDERED**.

**ACCORDINGLY:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby **DISMISSED WITH PREJUDICE** as to Defendant Coyote Logistics, LLC, without costs to any party. The pending motion for judgment on the pleadings [DE 68] is **DENIED AS MOOT**. This action remains pending against Defendants Ecovyst Catalyst Technologies, LLC, Safe Trans LLC, and Tresor Hodari.

**SO ORDERED**.

ENTERED: October 2, 2023.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT