UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| MADISON WARDINGLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 2:22-CV-115-PPS-JEM |
| ) | |
| ECOVYST CATALYST ) | |
| TECHNOLOGIES, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The parties' Stipulation of Dismissal [DE 79] is **SO ORDERED**. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby **DISMISSED WITH PREJUDICE**, without costs to any party. The Clerk is **DIRECTED** to close the case.

**SO ORDERED**.

ENTERED: March 1, 2024.

    /s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT